IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #** 4

IN RE: W.R. Grace et al

| | | |
|---|---|---|
| Virtua West Jersey Hospital Marlton | ) | |
| | ) | |
| Appellant | ) | Civil Action No.  07- 323    RLB |
| v. | ) | |
| | ) | |
| W.R. Grace et al | ) | |
| | ) | |
| Appellee | ) | Bankruptcy Case No. 01-01139 |
| | | AP 07-52 |

## NOTICE OF DOCKETING

A Notice of Appeal of the following order of the Bankruptcy Court dated 4/17/07 was docketed in the District Court on 5/25/07:

> Order Disallowing and Expunging of 71 Claims Filed by
> Speights & Runyan

Please place the civil action number and caption listed above on all papers concerning this matter. Rules contained in Part VIII of the Federal Rules of Bankruptcy Procedure apply. **When filing a brief, in addition to the electronically filed document, counsel shall submit to the Clerk's Office of the U.S. District Court a courtesy copy of the brief**. Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

**Appellant's Brief is Due 6/14/07**
Peter T. Dalleo
Clerk of Court

Date:  5/25/07

To:   U.S. Bankruptcy Court
      Counsel